UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-10556-RGS

JOHN HIGGINS

v.

MYSTIC VALLEY ELDER SERVICES and COMMONWEALTH OF MASSACHUSETTS

ORDER OF DISMISSAL

September 6, 2022

STEARNS, D.J.

On August 4, 2022, the court ordered *pro se* plaintiff John Higgins to file an amended complaint. The court stated that failure to comply with the order within twenty-one (21) days would result in dismissal of the action without prejudice.

The deadline for complying with the court's August 4, 2022 order has passed without any response from Higgins. Accordingly, this action is DISMISSED without prejudice.

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE